IN THE UNITED STATES DISTRICT COURT
  DISTRICT OF COLORADO

---

TODD HOROB

VS.

FEDERAL BUREAU OF PRISONS,
WARDEN GARCIA,
JUDGE RICHARD F. CEBULL

Complaint

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 27 2012

JEFFREY P. COLWELL
CLERK

TODD HOROB ACTING PRO SE

---

MOTION TO PROCEED IN FORMA PAUPERIS.
  ATTACHED INMATE REQUEST FOR
  CERTIFIED TRUST ACCOUNT.

---

CLAIM - JUDICIAL DEPRIVATION OF CIVIL RIGHTS
          42 USC 1983 - 42 USC 1985
    FRAUD CLAIM - VIOLATION OF DUE PROCESS

---

NATURE OF COMPLAINT -

JUDGE RICHARD F. CEBULL RE-EDITED TESTIMONY INTO TODD HOROB COURT TRIAL RECORD TO PREVENT TODD HOROB FROM RELEASING FROM PRISON. THE FEDERAL BUREAU OF PRISON IS HOLDING TODD HOROB UNDER FALSE IMPRISONMENT AND DENIAL OF ACCESS TO COURT. THE COURT RECORD TO TODD HOROB TRIAL CASE CR-08-93-BLG-RFC HAS BEEN ALTERED AND FABRICATED BY JUDGE CEBULL AND COURT REPORTER JOANN BACHELLER. WARDEN GARCIA WAS MADE AWARE OF FALSE IMPRISONMENT ON SEVERAL FILINGS. THE FEDERAL BUREAU OF PRISONS CLAIMS TO HAVE DONE A INVESTIGATION BUT HAVE SHOWED NO PROOF. TODD HOROB CANNOT BE HELD UNDER FALSE IMPRISONMENT. FEDERAL RULES OF EVIDENCE 201-702-901-902 SUPPORT TODD HOROB COLORABLE CLAIM OF FALSE IMPRISONMENT. JUDICIAL DEPRIVATION OF CIVIL RIGHTS AND A VIOLATION OF DUE PROCESS IS IN HONOR TO TODD HOROB.

1

FALSE IMPRISONMENT AND DENIAL OF ACCESS TO THE COURTS HONORS TODD HOROB TO PRESENT EVIDENCE OF JUDGE CEBULL'S FRAUD.
COHEN VS. LONGSHORE 621 F3d 1311
WILSON VS. GARCIA 471 US 261
TODD HOROB IS ENTITLED TO DISCOVERY AT ALL TIMES. HOLDING TODD HOROB FROM DISCOVERY IS A VIOLATION OF DUE PROCESS. TODD HOROB CAN PROVIDE PROOF OF FRAUD. BRADY VS. MARYLAND 373 US 83

THIS CASE CANNOT BE BARRED BY HECK BECAUSE THERE IS FRAUD BY A FEDERAL JUDGE.
TODD HOROB HAS NO OTHER RELIEF IN THIS DISTRICT. JUDGE RICHARD F. CEBULL CANNOT CHANGE WORDS UNDER OATH. IT IS A FEDERAL CRIME. HARDEN VS. PATAKI 320 F3d 1289
HECK VS. HUMPHREY 512 US 477 DOES NOT APPLY TO FRAUD.

JUDGE RICHARD F. CEBULL CAN BE SUED FOR A NON JUDICIAL ACT. CHANGING WORDS UNDER OATH IS A FEDERAL CRIME. JUDGE CEBULL HAS DEPRIVED TODD HOROB OF DUE PROCESS AND CONSTITUTIONAL RIGHT. JUDGE CEBULL HAS NO JUDICIAL IMMUNITY FOR HIS CRIME. ITS DEPRIVATION OF CIVIL RIGHTS.
STUMP VS. SPARKMAN 435 US 349
PIERSON VS. RAY 386 US 547

DISTRICT COURT HAS CONCLUDED THAT ANY CLAIM OF DENIAL IS CIVIL RIGHTS ACTION.
LEWIS VS. CASEY 518 US 343

WARDEN GARCIA HAS OFFICIAL CAPACITY TO BE SUED. A WARDEN CANNOT VIOLATE TODD HOROB RIGHTS. TODD HOROB CONSTITUTIONAL RIGHTS ARE BEING VIOLATED BY WARDEN GARCIA. FEDERAL BUREAU OF PRISONS CANNOT HONOR FRAUD FOR JUDGE CEBULL. (FALSE COURT RECORD) VIOLATION OF DUE PROCESS
BIVENS VS. SIX UNKNOWN 403 US 388
THERE IS NO IMMUNITY FOR THE DEFENDANTS BECAUSE OF FRAUD. SIMKINS VS. BRUCE 406 F3d 1239

2

TODD HOROB IS SUPPORTED BY FEDERAL RULES OF EVIDENCE 201-702-901-902 WHICH WILL SHOW COLORABLE CLAIM OF EVIDENCE.

JUDGE RICHARD F. CEBULL, FEDERAL BUREAU OF PRISONS, WARDEN GARCIA ARE HOLDING TODD HOROB UNDER IMPRISONMENT. HECK DOES NOT BAR FRAUD CLAIM WORDS UNDER OATH IN A COURT RECORD CANNOT BE ALTERED AND FABRICATED TO HOLD A CONVICTION HECK vs. HUMPHREY 512 US 477 DOES NOT HONOR FRAUD.

JUDICIAL DEPRIVATION OF CIVIL RIGHTS LEADS TO FALSE IMPRISONMENT. TODD HOROB HAS PROOF AND FACT. A FEDERAL JUDGE CANNOT CHANGE WORDS UNDER OATH. TODD HOROB CAN PROVIDE A FORENSIC EVALUATION BY DISCOVERY OF THE AUDIO RECORDING AND DVD. FEDERAL RULES OF EVIDENCE SUPPORT EVIDENCE.

WHEREFORE TODD HOROB PRAYS FOR THE FOLLOWING:
1. JURY TRIAL OF 12 OR MORE.
2. JUDGE CEBULL TO BE PUNISHED
3. TODD HOROB TO BE RELEASED
4. WARDEN GARCIA TO BE PUNISHED
5. TODD HOROB TO BE PAID DAMAGES
6. TODD HOROB TO BE PAID ATTORNEY FEES.
7. ALL FEES PAID TO TODD HOROB
8. TODD HOROB TO RECEIVE PUNITIVE DAMAGES OF $25,000,000.00 FROM THE DEFENDANTS

JURY TRIAL OF 12 OR MORE IS REQUESTED

TODD HOROB HAS EYE VISION LOSS CAUSED BY THE FEDERAL BUREAU OF PRISONS WHICH HAS CAUSED A LOSS OF LEGAL RESEARCH. IF NEED BE TODD HOROB CAN AMEND COMPLAINT AT ANY TIME. TODD HOROB CAN ACCESS THE COURT. THIS COMPLAINT IS NOT FRIVOLOUS.

DATED 11-26-12
Todd Horob

ATTACHED EXHIBITS

⇔10164-046⇔
Todd Horob
Federal Prison Camp
9595 W. Quincy Avenue
Englewood
Littleton, CO 80123
United States

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) BUSINESS OFFICE | DATE: 11-26-12 |
|---|---|
| FROM: TODD HOROB | REGISTER NO.: 10164-046 |
| WORK ASSIGNMENT: UNSIGNED | UNIT: CAMP |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I NEED A COPY OF 6-MONTHS ACCOUNTING OF MY INMATE TRUST ACCOUNT FOR COURT PURPOSE

CERTIFIED TRUST ACCOUNT THE LAST 6-MONTHS

THANK YOU

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS  66101

NOV 1 5 2012

Todd Horob
Register No. 10164-046
FCI Englewood
9595 West Quincy Avenue
Littleton, CO 80123

**CERTIFIED NUMBER 7011 3500 0003 0976 5311**

Dear Mr. Horob:

    We have reviewed your Standard Form 95 Claim for Damage, Injury, or Death received on October 29, 2012, and determined that you are requesting a re-investigation into previously submitted tort claim TRT-NCR-2012-02652, which was denied on March 9, 2012. As explained to you in the notification of denial letter, investigation of your claim revealed that you failed to state a legally recognizable claim or injury. We stand by our previous notification. Attached is a copy of the March 9, 2012 notification denying administrative claim TRT-NCR-2012-02652.

Sincerely,

Richard W. Schott
Regional Counsel



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of Regional Counsel*  
400 State Avenue  
Tower II, Suite 800  
*Kansas City, KS 66101*

**MAR 09 2012**

Todd Horob  
Register No. 10164-046  
FCI Englewood  
9595 West Quincy Avenue  
Littleton, CO 80123

Re: Administrative Claim Number TRT-NCR-2012-02652  
    Personal Injury: $25,000,000.00

**CERTIFIED NUMBER 7011 0470 0002 4814 4689**

Dear Mr. Horob:

   Your above referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, Authority: Federal Tort Claims and 28 C.F.R. Part 14, Administrative Claims Under Federal Tort Claims Act. Review of your claim reveals that you failed to state a legally recognizable claim or injury. As such, your claim is denied for being legally frivolous.

   This memorandum serves as a notification of final denial under 28 C.F.R. § 14.9, Final Denial of Claim. If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than six months after the date of mailing of this notification.

   Due to the nature of your allegations, your claim is being referred for investigation for violation of the Court Security Improvement Act of 2007, codified at 18 U.S.C. § 1521.

                                        Sincerely,

                                        Richard W. Schott
                                        Regional Counsel

TRULINCS 10164046 - HOROB, TODD KENNETH - Unit: ENG-C-A
----------------------------------------------------------------------------------

FROM: Health Services
TO: 10164046
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/01/2012 01:45:07 PM

If you feel you were injured by a BOP staff person, file a BP-8 with SIS.

L.M. Kellar, HSA

>>> ~^!"HOROB, ~^!TODD KENNETH" <10164046@inmatemessage.com> 9/26/2012 4:41 PM >>To: Ms. Keller
Inmate Work Assignment: Laundry

Ms. Nabors gave me a direct order to go see the BOP eye doctor on 9-21-12. Today on 9-26-12 Todd Horob seen the BOP eye doctor. The BOP eye doctor damaged my eye glasses during the exam. The eye doctor also put his hands on me and forced me to let him put some kind of eye medicine in my right eye. My eye is burning and has made my vision worse. The BOP eye doctor cannot put his hands on me and force. I will not stand for that kind of treatment. I want his name and information so legal procedure can get in order. I will be filing charges against the BOP eye doctor. The BOP eye doctor also lied to me to try and protect fraud of Mr. Sell. The BOP eye doctor is not a chemist about and cannot tell me about fumes from laundry soap and laundry soap. My vision has now been damaged more by The Federal Bureau of Prisons. I have legal issues pending and cannot proceed because of damaged vision.
I have had to get help to have this typed to you. I am documenting a major problem to you.
There is a court case already filed with the 10th circuit that is pending because of vision loss of Todd Horob.
My eye glasses are damaged and so is my vision by The Federal Bureau of Prisons and staff. (BOP eye doctor) also.